■ DAVID A. FRANCZYK, Respondent-Appellant, v CHARLES L. MICHAUX, III, Individually and as Clerk of the City of Buffalo, et al., Respondents, and JAMES W. PITTS, Appellant-Respondent. (Appeal No. 1.)—Appeal unanimously dismissed without costs as moot. (Appeals from Order of Supreme Court, Erie County, Rath, Jr., J.—Election Law.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ. (Order entered Aug. 22, 1991.)

■ DAVID A. FRANCZYK, Respondent-Appellant, v CHARLES L. MICHAUX, III, Individually and as Clerk of the City of Buffalo, et al., Respondents, and JAMES W. PITTS, Appellant-Respondent. (Appeal No. 2.)—Order unanimously affirmed without costs. Memorandum: Supreme Court properly invalidated the referendum petition concerning Local Law, 1991, Introductory No. 12 of the City of Buffalo establishing new councilmanic districts in Buffalo because the referendum petition fails to protest against that law *(see, Matter of Town of Mount Pleasant,* 82 Misc 2d 869). (Appeals from Order of Supreme Court,

Erie County, Rath, Jr., J.—Election Law.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ. (Order entered Aug. 22, 1991.)